**In re Melodie V. SHULER, Respondent.**

**No. 15–BG–924.**

District of Columbia Court of Appeals.

Filed Nov. 5, 2015.

Bar Registration No. 488686.

BEFORE: BLACKBURNE–RIGSBY, Associate Judge, and NEWMAN and FERREN, Senior Judges.

---

## ORDER

PER CURIAM

On consideration of the certified order of the Court of Appeals of Maryland suspending respondent from the practice of law in that jurisdiction for a period of 30 days with reinstatement conditioned on her showing that she is mentally and physically competent to resume the practice of law, *see Attorney Grievance Comm'n of Maryland v. Shuler,* 443 Md. 494, 117 A.3d 38 (2015), this court's August 25, 2015, order directing respondent to show cause why reciprocal discipline should not be imposed with reinstatement contingent on proof that her disability has ended pursuant to D.C. Bar R. XI, § 13(g), and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file either a response to this court's order to show cause or an affidavit as required by D.C. Bar R. XI, § 14(g), it is

ORDERED that Melodie V. Shuler is hereby suspended from the practice of law in the District of Columbia for 30 days with reinstatement conditioned on her showing that her disability has ended pursuant to pursuant to D.C. Bar R. XI § 13(g). *See In re Sibley,* 990 A.2d 483 (D.C.2010), and *In re Fuller,* 930 A.2d 194, 198 (D.C.2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as she files a D.C. Bar R. XI, § 14(g) affidavit.